UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:25-CV-25095-DPG

ALLY STEDMAN,

    **Plaintiff,**

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,

    **Defendant.**
_____/

**ORDER SETTING HEARING ON PLAINTIFF'S MOTION FOR
TEMPORARY RESTRAINING ORDER**

1. A hearing is scheduled on Plaintiff's Motion for Temporary Restraining Order [ECF Nos. 8, 15] on Tuesday, December 16, 2025 at 2:00 P.M. Eastern Standard Time, at the United States Courthouse, Fort Lauderdale Division, 299 East Broward Boulevard, Courtroom 203D, Fort Lauderdale, Florida, 33301.

2. Any party seeking to present exhibits electronically at the Tuesday, December 16, 2025 hearing must use Zoom's "Share Screen" feature. Counsel may bring a laptop or other device capable of screen sharing into the Courtroom for this purpose.

3. Counsel intending to bring electronic equipment into the Courtroom must file, in advance of the hearing, a short motion identifying: 1) the individual(s) who will bring the equipment, and 2) the specific type of equipment (e.g., Dell Laptop, Apple iPad, etc.). The parties are encouraged to file a joint motion, if applicable.

4. Any motion to continue the status conference and/or motion hearing must include three (3) alternative dates mutually agreed to by the parties

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 8th day of December, 2025.

_____
**DETRA SHAW-WILDER**
**UNITED STATES MAGISTRATE JUDGE**

cc:   All Counsel of Record